UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20534-CR-UNGARO

UNITED STATES OF AMERICA

v.

TRIMYKO JERANN MUNNINGS,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition for Supervised Release Violation charging Defendant Munnings with violating the terms of his supervised release.  (D.E. 474.)

THE COURT has considered the petition and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who, on May 7, 2014, issued a Report recommending the following: (i) the petition should be granted as to Violation 1 because based on credible testimony of Defendant's girlfriend and the lack of any contradictory evidence, the Government has met its burden of establishing by a preponderance of evidence that Defendant committed battery against his girlfriend; (ii) the petition should be granted as to Violation 4 because at the evidentiary hearing Defendant admitted to violating a standard condition of his supervised release by failing to notify his probation officer within 72 hours of being arrested on December 5, 2013; (iii) the petition should be denied as to Violation 2 because the Government moved at the evidentiary hearing to dismiss Violation 2; and (iv) the petition should be denied as to Violation 3 because the Government failed to establish by a

preponderance of evidence that the Defendant violated his supervised release by failing to timely notify the probation office of a change in his residence. (D.E. 491.) The parties were afforded the opportunity to file objections to the Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 491) is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Government's Petition for Revocation of Supervised Release (D.E. 474) is GRANTED IN PART: The Court finds that the petition is granted with respect to Violation 1 and accepts Defendant's admissions as to Violation 4. The Court further finds that Violations 2 and 3 are dismissed. A sentencing hearing will be set by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th_ day of May, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record